**Order entered September 12, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00106-CR

**SUZANNE BATTLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB1050867**

## ORDER

The State's September 10, 2014 motion to extend time to file a brief is **GRANTED,** and the State's brief received in this Court on September 10, 2014 is **ORDERED** filed as of that date.

/s/    MOLLY FRANCIS
         JUSTICE